ADVOKAT & ROSENBERG, ESQS.
Attorneys At Law
22 North Park Place
Morristown, New Jersey 07960-7102
Jeffrey M. Advokat, Esq.
Attorney ID: 007051981
(973) 993-1923
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JADA FITZGERALD, | Civil Action No.: 2:24-cv-00003-CCC-MAH |
| Plaintiff, | |
| vs. | |
| THE HOME DEPOT, JOHN DOES A-Z. | **PLAINTIFF'S VOLUNTARY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE** |
| Defendants. | |

On behalf if the Plaintiff herein, we respectfully request a Voluntary Dismissal of the Complaint Without Prejudice. More discovery is necessary to continue viability.

Respectfully,

*/s/ Jeffrey M. Advokat/*
JEFFREY M. ADVOKAT, ESQ.
Counsel for the Plaintiff

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  1/31/2024

1